IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

| | | |
|---|---|---|
| TOMMY RAY MOSLEY,<br>ADC #85548 | | PLAINTIFF |
| v. | 5:07CV00305HLJ | |
| CORRECTIONAL MEDICAL<br>SERVICES, INC., et al. | | DEFENDANTS |

## ORDER

On May 5, 2008, I issued a Partial Recommended Disposition, granting defendants' motions to dismiss plaintiff's complaint based on his "three strikes" status and directing plaintiff to file an amended complaint (DE #35). On that same date, the parties consented to transfer to me, all further proceedings in this action (DE #33). Therefore, the May 5, 2008 Recommended Disposition shall now be treated as an Opinion of the Court. If plaintiff wishes to continue with his allegations of deliberate indifference to his present serious medical needs, he must file an amended complaint within fifteen days of the date of this Order. Failure to file such shall result in the dismissal of plaintiff's complaint, pursuant to Local Rule 5.5(c)(2).

IT IS SO ORDERED this 7th day of May, 2008.

_____
United States Magistrate Judge