IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

TOMMY RAY MOSLEY,
ADC #85548                                                                                            PLAINTIFF

v.                                      5:07CV00305HLJ

CORRECTIONAL MEDICAL SERVICES
INC., et al.                                                                                         DEFENDANTS

JUDGMENT

Pursuant to the Memorandum and Order entered in this matter on this date, it is Considered, Ordered and Adjudged that this case be, and it is hereby, DISMISSED without prejudice. The relief sought is denied.

IT IS SO ADJUDGED this 11th day of June, 2008.

_____
United States Magistrate Judge